Melvin M. FARMER, Plaintiff–
Appellant,

v.

CAMPBELL SOUP COMPANY LLC;
Clayton Parks, Utility Service Leader;
Matthew Kelley, Service Leader, De-
fendants–Appellees.

No. 14–1624.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 23, 2014.

Melvin M. Farmer, Appellant Pro Se.

Before SHEDD, DUNCAN, and
FLOYD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Melvin M. Farmer appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and dismiss-
ing his complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Farmer v. Campbell
Soup Co.*, No. 1:14–cv–00179–WO–LPA,
2014 WL 2154648 (M.D.N.C. May 22,
2014). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*